THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES E. BRACKETT, Appellant, against WALTER B. MARTIN, as Warden of Clinton Prison, Respondent.

Submitted April 8, 1946; decided April 18, 1946.

*Nathaniel L. Goldstein*, Attorney-General (*Henry J. Ziemba* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed on the ground that no substantial constitutional question is involved and that no appeal lies as of right.